# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| COMPASS LABORATORY SERVICES, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>XAVIER BECERRA, in his official capacity as Secretary, United States Department of Health and Human Services,<br><br>    Defendant. | Nos. 2:22-cv-2770-SHL-atc<br>2:23-cv-2018-SHL-cgc |

## ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTIONS

Before the Court is Plaintiff Compass Laboratory Services, LLC, and Defendant Secretary Becerra's Joint Motion for Extension of Time to File Dispositive Motions, filed November 16, 2023. (No. 22-2770, ECF No. 59; No. 23-2018, ECF No. 46.) The Parties request additional time to file potential forthcoming dispositive motions in relation to individual claims until after a decision has been made by this Court regarding the consolidated legal issues. (Id.) A reasonable deadline extension was proposed for four weeks after a decision is made by this Court on the pending motions for summary judgment. (Id.) For good cause shown, the Court **GRANTS** the extension of time to file dispositive motions. The new deadline is hereby **MOVED** from December 4, 2023, until four weeks after the date that the Court rules on the pending summary judgment motions.

**IT IS SO ORDERED,** this 16th day of November, 2023.

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE